**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA MEADORS,<br>Plaintiff,<br>v.<br>GOVERNOR GEORGE DUEKMEJIAN SUPERIOR COURT OF LOS ANGELES, et al,<br>Defendants. | Case No. 2:25-cv-06728-KK-MBK<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party has filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

Dated: July 16, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE