JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JOSHUA MEADORS,

Plaintiff,

v.

GOVERNOR GEORGE DUEKMEJIAN SUPERIOR COURT OF LOS ANGELES, et al,

Defendants.

Case No. 2:25-cv-06728-KK-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: July 16, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE